No
Original
for O-2933